# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1299

_____

CARL I. LITTLE, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

February 29, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance
of appellate counsel on the merits.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Carl I. Little, Jr., pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.